UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHAN CAMPOS,

        Plaintiff,

v.

DANIEL HELMHOLD, *et al.*,

        Defendants.

Case No. C22-1806-RSM

MINUTE ORDER

On December 21, 2022, this case was transferred to the Western District of Washington and a letter was issued advising counsel of the pro hac vice requirement, pursuant to LCR 83.1(d)(1). Dkt. # 35. To date, there is no showing that counsel have complied with this rule. If counsel for plaintiff do not complete the Application to Appear Pro Hac Vice and the ECF Registration on the court's website by February 16, 2022, this matter may be dismissed. You will receive no further notification of activity in this case until such time local attorney files the necessary paperwork and the required fee is paid.

DATED this 26th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1