HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS,<br><br>        Plaintiff,<br><br>        v.<br><br>BIG FISH GAMES, INC., a Washington corporation; et al.,<br><br>        Defendants. | No. 2:22-cv-01806-RSM<br><br>STIPULATED MOTION FOR AGREED BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>June 9, 2023 |

Defendant Big Fish Games, Inc. ("Big Fish Games") and Plaintiff Nathan Campos ("Campos") (collectively, the "Parties") stipulate and move for entry of an order confirming the parties' agreed briefing schedule, as follows.

**Motions Subject to Stipulated Briefing Schedule:**

1. Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents (Dkt. 55);

2. Plaintiff's Second Motion to Compel Responses to Interrogatories and Production of Documents (Dkt. 56);

3. Defendant's Motion for a Protective Order (Dkt. 66); and

4. Defendant's Motion to Deny Class Certification (Dkt. 62).

STIPULATED MOTION FOR AGREED BRIEFING SCHEDULE
Case No. 2:22-cv-01806-RSM - 1
119841433.3 0009070-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

1  **Agreed Briefing Schedule for Motions:**

2   Response Deadline:   June 21, 2023

3   Reply Deadline:   June 28, 2023

4   Note Date:   June 30, 2023

5

6   SO STIPULATED this 9th day of June, 2023.

| /s/ Alissa Harris<br>Alissa Harris (WSBA No. 59368)<br>ali.harris@stoel.com<br>Vanessa Soriano Power (WSBA No. 30777)<br>vanessa.power@stoel.com<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br><br>Emily Johnson Henn (*pro hac vice*)<br>ehenn@cov.com<br>Lindsey Barnhart (*pro hac vice*)<br>lbarnhart@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, CA 94306<br><br>Kevin Hoogstraten (*pro hac vice*)<br>khoogstraten@cov.com<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067<br><br>*Attorneys for Defendant Big Fish Games, Inc.* | /s/ Andrew Ryan<br>Carl Marquardt<br>carl@cjmllc.com<br>Law Office of Carl J. Marquardt, PLLC<br>1126 34th Avenue, Suite 311<br>Seattle, WA 98122<br><br>Andrew Ryan (*pro hac vice*)<br>andrew.ryan@thryanlawgroup.com<br>The Ryan Law Group<br>317 Rosecrans Ave.<br>Manhattan Beach, CA 90266<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION FOR AGREED BRIEFING SCHEDULE
Case No. 2:22-cv-01806-RSM - 2
119841433.3 0009070-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

**ORDER**

Based on the stipulation of the parties, the motion for agreed briefing schedule is GRANTED.

SO ORDERED this 12th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR AGREED BRIEFING SCHEDULE
Case No. 2:22-cv-01806-RSM - 3
119841433.3 0009070-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I served a copy of the foregoing document on all CM/ECF Registered Participants of record for this case.

                      */s/ Kristy Harris*
                      Kristy Harris, Legal Practice Assistant

CERTIFICATE OF SERVICE - 1
CASE NUMBER 2:22-cv-01806-RSM
119841433.3 0009070-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*