THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Nathan Campos,

Plaintiff,

v.

BIG FISH GAMES INC., a Washington corporation

Defendant.

No. 2:22-cv-01806-RSM

**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS**

The Court, having considered the Parties' Joint Stipulated Motion to Stay, FINDS that good cause exists to enter this order and ORDERS as follows:

1. This matter, including all case deadlines, is hereby STAYED until January 8, 2024, to allow the Parties additional time to engage in efforts to resolve this matter without further litigation;
2. The Parties shall file a joint status report on or before January 8, 2024, advising the Court of the status of settlement, including whether an extension of the stay is required.

DATED this 10th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Presented by:

Dated October 9, 2023

Law Office of Carl J. Marquardt, PLLC

/s/ Andrew Ryan
Carl Marquardt
carl@cjmllc.com
Law Office of Carl J. Marquardt, PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122

Andrew Ryan (*pro hac vice*)
andrew.ryan@thryanlawgroup.com
The Ryan Law Group
317 Rosecrans Ave.
Manhattan Beach, CA 90266

*Attorneys for Plaintiff Nathan Campos*

Dated October 9, 2023

STOEL RIVES LLP

/s/ Vanessa Power
Vanessa Soriano Power (WSBA No. 30777)
vanessa.power@stoel.com
Alissa Harris (WSBA No. 59368)
ali.harris@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306

Kevin Hoogstraten (*pro hac vice*)
khoogstraten@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Attorneys for Defendant Big Fish Games Inc.*