UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS,<br><br>Plaintiff,<br><br>v.<br><br>BIG FISH GAMES INC., a Washington corporation,<br><br>Defendant. | Case No. 2:22-CV-01806-RSM<br><br>ORDER LIFTING STAY |

On October 10, 2023, and on the stipulated motion of the parties, the Court imposed a stay in this matter. Dkt. #89.  The stay, applicable until January 8, 2024, was to allow the parties additional time to engage in efforts to resolve this matter without further litigation.  *Id*.

On January 2, 2024, the parties filed a joint status report informing the Court that the parties were unable to resolve the case through private mediation.  Dkt. #90.  The parties have requested that the Court lift the stay and allow Plaintiff to file an amended complaint by January 13, 2024, and for the parties to file a proposed case schedule by January 26, 2024.  *Id*.

Accordingly, the Court finds and ORDERS the following:

1) The Clerk shall LIFT the STAY in this matter;

2) Plaintiff shall file an amended complaint by January 13, 2024; and

ORDER - 1

3) The parties shall file a proposed case schedule by January 26, 2024.

DATED this 5${}^{th}$ day of January, 2024.

                                                        RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

ORDER - 2