HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Nathan Campos

      Plaintiff,

v.

BIG FISH GAMES INC., a Washington corporation,

      Defendant.

No. 2:22-cv-01806-RSM

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND AGREED BRIEFING SCHEDULE

THIS MATTER comes before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Third Amended Complaint and Agreed Briefing Schedule. The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**. The following briefing schedule is approved:

| | |
|---|---|
| March 11, 2024 | Deadline for Defendants to file responsive pleadings |
| April 10, 2024 | Deadline for Plaintiffs to respond to Rule 12 motion(s) |
| April 24, 2024 | Deadline for Defendants to file reply to Rule 12 motion(s) |
| April 26, 2024 | Note Date for Defendants' Rule 12 motion(s) |

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT - 1
(Case No. 22-cv-01806-RSM)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

SO ORDERED this 23rd day of January, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Alissa N. Harris
ali.harris@stoel.com
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA 98101-4109
Tel: (206) 386-7553
Fax: (206) 386-7500

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700

Kevin Hoogstraten (*pro hac vice*)
khoogstraten@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT - 2
(Case No. 22-cv-01806-RSM)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*