# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS; JANET GARVEY,<br><br>                     Plaintiffs,<br><br>    v.<br><br>PRODUCT MADNESS INC.; BIG FISH GAMES INC.,<br><br>                     Defendants. | CASE NO. C22-1806RSM<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |
| Deadline for Plaintiffs to file motion for class certification:<br>(noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | October 16, 2024 |

ORDER - 1

| | |
|---|---|
| Opposition to Motion to Certify Class: | November 13, 2024 |
| Reply in Support of Motion to Certify Class: | November 27, 2024 |
| Hearing on Motion to Certify Class: | To be set by the Court after briefing completed |

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause.

Dated this 18th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2