THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BIG FISH GAMES INC., a Washington corporation, et al.<br><br>　　　　　　　　　　Defendants. | No. 2:22-cv-01806-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO FOURTH AMENDED COMPLAINT |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Fourth Amended Complaint. The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**. Defendants' deadline to answer or otherwise respond to the Fourth Amended Complaint shall be July 10, 2024.

DATED this 8th day of July, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
2:22-cv-01806-RSM
123798601.1 0009070-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Presented by:

/s/ Vanessa Soriano Power
Vanessa Soriano Power (WSBA No. 30777)
vanessa.power@stoel.com
Alissa Harris (WSBA No. 59368)
ali.harris@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306

Kevin Hoogstraten (*pro hac vice*)
khoogstraten@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 2
2:22-cv-01806-RSM
123798601.1 0009070-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*