THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>Plaintiffs,<br><br>v.<br><br>BIG FISH GAMES INC., a Washington corporation, et al.<br><br>Defendants. | No. 2:22-cv-01806-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Modify Case Schedule. The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**.

The deadline for Plaintiffs to file their motion for class certification, currently set for October 16, 2024, is now November 13, 2024; Defendants' Opposition to Motion to Certify Class is now due December 18, 2024; Plaintiffs' Reply in Support of Motion to Certify Class is now due January 8, 2025.

ORDER GRANTING STIPULATED MOTION
TO MODIFY CASE SCHEDULE - 1
2:22-cv-01806-RSM

DATED this 20th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Carl Marquardt
Carl Marquardt
carl@cjmllc.com
Law Office of Carl J. Marquardt, PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122

Andrew Ryan (*pro hac vice*)
andrew.ryan@thryanlawgroup.com
The Ryan Law Group
317 Rosecrans Ave.
Manhattan Beach, CA 90266

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION
TO MODIFY CASE SCHEDULE - 2
2:22-cv-01806-RSM