THE HONORABLE RICHARD S MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY, | Case No. 2:22-cv-01806-RSM |
| Plaintiffs, | **ORDER AMENDING PROTECTIVE ORDER (ECF NO. 71)** |
| v. | |
| BIG FISH GAMES, INC., et al., | |
| Defendants. | |

The Court, having considered the Parties' Stipulation to Amend the Protective Order to address access by Plaintiffs' expert to Confidential Information, the Court ORDERS:

The Stipulated Amendment to Protective Order (ECF No. 71) is GRANTED.

SO ORDERED this 8th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER AMENDING PROTECTIVE
ORDER (ECF NO. 71) -1-
(Case No. 2:22-cv-01806-RSM)

Presented by:

 /s/ *Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Alissa N. Harris
ali.harris@stoel.com
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA 98101-4109
Tel: (206) 386-7553
Fax: (206) 386-7500

Emily Johnson Henn (pro hac vice)
ehenn@cov.com
Lindsey Barnhart (pro hac vice)
lbarnhart@cov.com
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700

Kevin Hoogstraten (pro hac vice)
khoogstraten@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendants Big Fish Games, Inc.*

ORDER AMENDING PROTECTIVE
ORDER (ECF NO. 71) -2-
(Case No. 2:22-cv-01806-RSM)