HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>Plaintiff,<br><br>v.<br><br>BIG FISH GAMES INC., a Washington corporation, et al.<br><br>Defendants. | No. 2:22-cv-01806-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Modify Case Schedule. The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**. The Court enters the following schedule:

1. By no later than December 2, 2024, Defendants shall grant Mr. Khan access to confidential materials as provided in the Stipulated Amendment to Protective Order, ECF No. 145.

2. The deadline for Plaintiffs to file their motion for class certification, currently set for November 13, 2024, is now December 23, 2024.

3. Defendants shall take any deposition of Mr. Khan by February 7, 2025. Mr. Khan shall make himself available for deposition during normal working hours Pacific Time.

4. The deadline for Defendants to file their opposition to the motion for class certification, currently set for December 18, 2024, is now March 3, 2025.

5. Plaintiffs shall take any deposition of any experts that Defendants disclose in connection with their opposition by March 14, 2025.

6. The deadline for Plaintiffs to file their reply in support of their motion for class certification, currently set for January 8, 2025, is now March 24, 2025.

SO ORDERED this 8th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO MODIFY CASE SCHEDULE - 2
(Case No. 2:22-cv-01806-RSM)

Presented by:

/s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Alissa N. Harris
ali.harris@stoel.com
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA 98101-4109
Tel: (206) 386-7553
Fax: (206) 386-7500

Emily Johnson Henn (pro hac vice)
ehenn@cov.com
Lindsey Barnhart (pro hac vice)
lbarnhart@cov.com
Hannah Nelson (pro hac vice)
hnelson@cov.com
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700

Kevin Hoogstraten (pro hac vice)
khoogstraten@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendants Big Fish Games, Inc. and Product Madness, Inc.*

ORDER GRANTING STIPULATED MOTION
TO MODIFY CASE SCHEDULE - 3
(Case No. 2:22-cv-01806-RSM)