UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BIG FISH GAMES, INC., et al.,<br><br>            Defendants. | CASE NO. C22-1806-RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH CLASS CERTIFICATION MOTION |

      This matter comes before the Court on Plaintiffs' Motion for leave to file an over-length class certification motion. Dkt. #150. Local Civil Rule 7(e)(3) provides that motions for class certification are limited to 8,400 words. On top of this allotment, Plaintiffs request an additional 8,000 words for a total of 16,400 words. *Id*. at 2.

      "Motions seeking approval to file an over-length motion or brief are disfavored[.]" LCR 7(f). Plaintiffs ask for almost double the allowed amount. To support this extreme request, Plaintiffs note that their "forthcoming motion address class certification issues involving multiple classes and sub-classes bringing multiple claims against two defendants regarding two games," thus "their request is reasonable under the specific circumstances of this case." *Id*. Plaintiffs provide no further detail. There is no attached declaration.

The Court finds that Plaintiffs fail to set forth a sufficient bases for nearly doubling the allotted amount. In this Court's experience, Plaintiffs' "specific circumstances" are not uncommon, unique, or otherwise unusual from other proposed class actions in which the parties manage to file within 8,400 words. The Court assumes that much of what Plaintiffs are attempting to brief can instead be included in declarations or replaced with references to prior filings. Plaintiffs have failed to adequately explain to the Court how the situation here is different or why additional pages are necessary.

Accordingly, having reviewed Plaintiffs' Motion and the remainder of the record, the Court hereby finds and ORDERS that Plaintiffs' Motion for Leave to File Over-Length Motions and Briefs in Support of Class Certification, Dkt. #150, is DENIED.

DATED this 20th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE