THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>Plaintiffs,<br><br>v.<br><br>BIG FISH GAMES INC., a Washington corporation, et al.<br><br>Defendants. | No. 2:22-cv-01806-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE THE DECLARATION OF MUHAMMAND ANWAR KHAN (ECF NO. 161) |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Substitute the Declaration of Muhammad Anwar Khan (ECF No. 161) ("Motion"). The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**. The existing ECF No. 161 is stricken from the docket. The operative document is ECF No. 163, the subsequently-filed substitute declaration.

SO ORDERED this 26th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO SUBSTITUTE DECLARATION - 1
2:22-cv-01806-RSM
121021147.1 0079757-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1  Presented by:

2
   /s/ Vanessa Soriano Power
3  Vanessa Soriano Power (WSBA No. 30777)
   vanessa.power@stoel.com
4  Alissa Harris (WSBA No. 59368)
   ali.harris@stoel.com
5  STOEL RIVES LLP
   600 University Street, Suite 3600
6  Seattle, WA 98101

7  Emily Johnson Henn (*pro hac vice*)
   ehenn@cov.com
8  Lindsey Barnhart (*pro hac vice*)
   lbarnhart@cov.com
9  COVINGTON & BURLING LLP
   3000 El Camino Real
10 5 Palo Alto Square
   Palo Alto, CA 94306
11
   Kevin Hoogstraten (*pro hac vice*)
12 khoogstraten@cov.com
   COVINGTON & BURLING LLP
13 1999 Avenue of the Stars, Suite 3500
   Los Angeles, CA 90067
14
   *Attorneys for Defendants*
15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO SUBSTITUTE DECLARATION - 2
2:22-cv-01806-RSM
121021147.1 0079757-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*