HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>Plaintiff,<br><br>v.<br><br>BIG FISH GAMES INC., a Washington corporation, et al.<br><br>Defendants. | No. 2:22-cv-01806-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR AGREED BRIEFING SCHEDULING REGARDING PLAINTIFFS' MOTION TO SEAL |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Agreed Briefing Schedule Regarding Plaintiffs' Motion to Seal. The Court has considered the pleadings and records on file, and being otherwise fully advised, IT IS **ORDERED** that the Stipulated Motion is **GRANTED**. The Court enters the following schedule:

1. By no later than January 14, 2025, Defendant's Response to Motion to Seal,
2. By no later than January 20, 2025, Plaintiff's Reply to Motion to Seal,
3. Noted for Order Without Oral Argument: January 20, 2025

ORDER GRANTING MOTION FOR
AGREED BRIEFING SCHEDULING
(Case No. 2:22-cv-01806-RSM)
126767105.1 0009070-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

SO ORDERED this 30th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Alissa N. Harris
ali.harris@stoel.com
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA 98101-4109
Tel: (206) 386-7553
Fax: (206) 386-7500

Emily Johnson Henn (pro hac vice)
ehenn@cov.com
Lindsey Barnhart (pro hac vice)
lbarnhart@cov.com
Hannah Nelson (pro hac vice)
hnelson@cov.com
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700

Kevin Hoogstraten (pro hac vice)
khoogstraten@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendants Big Fish Games, Inc. and Product Madness, Inc.*

ORDER GRANTING MOTION FOR
AGREED BRIEFING SCHEDULING
(Case No. 2:22-cv-01806-RSM)
126767105.1 0009070-00002