HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN CAMPOS and JANET GARVEY,<br><br>Plaintiffs,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; et al.,<br><br>Defendants. | No. 2:22-cv-01806-RSM<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

Pursuant to Local Civil Rule 7(n), Defendants Big Fish Games, Inc. and Product Madness, Inc. provide this Notice of Supplemental Authority in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 179). Attached as Exhibit A to this Notice is the Washington Supreme Court's *en banc* opinion, filed on April 2, 2026, addressing the Ninth Circuit's certified question in *Montes v. SPARC Group, LLC*, Case No. 23-35496 (ECF No. 57) and published as *Montes v. SPARC Grp. LLC*, 586 P.3d 999 (2026).

DATED: May 18, 2026                    By:  */s/ Vanessa Soriano Power*

Vanessa Soriano Power (WSBA No. 30777)
vanessa.power@stoel.com
Alissa Harris (WSBA No. 59368)
ali.harris@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com
Hannah K. Nelson (*pro hac vice*)
hnelson@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700

Kevin Hoogstraten (*pro hac vice*)
khoogstraten@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendants Big Fish Games, Inc.*
*and Product Madness, Inc.*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 1
(Case No. 2:22-cv-01806-RSM)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900